El Pueblo de Puerto Rico, demandante y apelado, v. María Eugenia Carrión y Custodio Rodríguez, acusados y apelantes.

No. 2826.—*Visto:* Enero 13, 1927. *Resuelto:* Mayo 16, 1927.

1. Alimentos *(Food)*— Leche — Leche Adulterada — Procesos Criminales— Pena—Adulteración de Leche.—No habiéndose hecho disposición alguna en la Ley No. 77 de 1925 (p. 559) de que las convicciones anteriores bajo la Ley de 1910 debían considerarse como una primera infracción a dicha Ley No. 77 mencionada, una primera convicción bajo dicha Ley No. 77 no apareja pena de cárcel.

2. Derecho Penal—Apelación y Error y Certiorari—Resolución y Disposición del Caso—Modificación de la Sentencia Apelada—Pena Impuesta Bajo Teoría Errónea de la Ley.—Cuando la corte inferior impone una pena bajo una teoría errónea de la ley, la sentencia debe ser y será modificada en apelación y así modificada, confirmada.

Sentencia de *Luis Samalea,* J. (Arecibo), condenando a los acusados por delito de adulteración de leche, con costas. *Modificada y confirmada.*

*Alfonso Lastra Charriez,* abogado de los apelantes; *José E. Figueras,* abogado de *El Pueblo,* apelado.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

[1] Los acusados fueron convictos de reincidencia en el delito de adulteración de leche y cada uno de ellos fué sentenciado a sufrir una pena de cárcel y a pagar una multa. Se quejan de que la corte cometió error, ya que fueron sentenciados anteriormente de acuerdo con una ley derogada o substituída por la actual ley de 1925, según la cual en realidad se les sentenció. La ley anterior del 1910 castigaba tanto el delito original como la reincidencia con penas de cárcel. Según la Ley No. 77 de 1925, por la primera infracción debe imponerse únicamente pena de multa e infracciones subsiguientes pueden ser castigadas con pena de cárcel. Creemos que los apelantes tienen razón. La Ley de 1925 trata de cubrir toda la materia de modificar o agregar a las penas y de sustituir la Ley de 1910. No ha habido previa condena bajo la ley posterior. La Legislatura pudo haber establecido una excepción pero no lo hizo. La sección 6, al dejar en vigor actos no inconsistentes, no hizo disposición alguna de que

las anteriores convicciones debían considerarse como una primera infracción, ni se hizo disposición similar.

También se quejan los apelantes de la apreciación de la prueba. La leche se derramó y parte de ésta fué recogida del piso por los inspectores. El piso era de loza. Los acusados dicen que lo lavaban diariamente y que esto explica suficientemente la presencia de agua en la leche. La corte dirimió el conflicto de la prueba y no hallamos que tal apreciación fuera errónea.

[2] Como la pena fué impuesta bajo una teoría errónea la sentencia será modificada debiendo imponerse una' multa de $100 *a cada uno y así modificada se confirma.*